# United States District Court
# For the District of Columbia

FILED
JUL 11 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Physicians Committee for Responsible Medicine, People for the Ethical Treatment of Animals, Trulie Ankerberg-Nobis, Robin Hummell, and Jennifer Reilly )))) Plaintiff )) vs )) U.S. Environmental Protection Agency and Stephen L. Johnson )))) Defendant ) | CASE NUMBER  1:05CV01369<br><br>JUDGE: Ricardo M. Urbina<br><br>DECK TYPE: Administrative Agency Review<br><br>DATE STAMP: 07/11/2005 |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiff__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __PCRM, PETA__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

Daniel Kinburn
Print Name

PCRM, 5100 Wisconsin Avenue, NW, Suite 400
Address

Washington, DC        20016
City       State       Zip Code

202-686-2210
Phone Number

BAR IDENTIFICATION NO.