AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Physicians Committee for Responsible
Medicine, People for the Ethical Treatment of
Animals, Trulie Ankerberg-Nobis, Robin
Hummell, and Jennifer Reilly

V.

U.S. Environmental Protection Agency
Stephen L. Johnson

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV01369

JUDGE: Ricardo M. Urbina

DECK TYPE: Administrative Agency Review

DATE STAMP: 07/11/2005

TO: (Name and address of Defendant)

U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel Kinburn
Karen Boyd Williams
Physicians Committee for Responsible Medicine
5100 Wisconsin Avenue, NW, Suite 400
Washington, DC 20016

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUL 1 1 2005
CLERK                                         DATE

*Janette Stewart-Cure*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7-11-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Sandra Chu | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): By certified, return receipt U.S. postal mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-11-05         _[signature]_
                 Date              Signature of Server

5100 Wisconsin Ave NW, #400, Washington, DC 20016
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.