AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Physicians Committee for Responsible Medicine, People for the Ethical Treatment of Animals, Trulie Ankerberg-Nobis, Robin Hummell, and Jennifer Reilly

**SUMMONS IN A CIVIL CASE**

V.

U.S. Environmental Protection Agency and Stephen L. Johnson

CASE NUMBER  1:05CV01369

JUDGE: Ricardo M. Urbina

DECK TYPE: Administrative Agency Review

DATE STAMP: 07/11/2005

TO: (Name and address of Defendant)

U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, NW
Washington, DC 20460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel Kinburn
Karen Boyd Williams
Physicians Committee for Responsible Medicine
5100 Wisconsin Avenue, NW
Suite 400
Washington, DC 20016

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         JUL 1 1 2005
CLERK                                DATE

*Janette Stewart-Curet*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7-11-05 |

| NAME OF SERVER (PRINT) Sandra Chu | TITLE Legal Assistant |
|---|---|

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 501 3rd Street, NW, DC 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Cynthia Parker

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-11-05
            Date

Signature of Server

5100 Wisconsin Ave, NW, #400, Washington, DC 20016
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.