IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 05-1369 (RMU) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, Administrator, Environmental Protection Agency, 1200 Pennsylvania Ave., NW Washington, DC 20460 | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ENTRY OF APPEARANCE FOR DEFENDANTS**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel of record in this case for Defendants United States Environmental Protection Agency et al. My contact information and e-mail address are below.

        Respectfully submitted,

        KELLY A. JOHNSON
        Acting Assistant Attorney General
        Environment and Natural Resources Division

By:         /S/
        ERIC G. HOSTETLER, Attorney
        D.C. Bar #445917
        Environmental Defense Section
        U.S. Department of Justice
        P.O. Box 23986
        Washington, D.C. 20026-3986
        Voice: (202) 305-2326
        Telecopier: (202) 514-8865
        eric.hostetler@usdoj.gov

Overnight Mail Address
Room 8000 - Patrick Henry Building
601 D Street, NW
Washington, D.C. 20004

Counsel for Defendant EPA

Dated: August 25, 2005