IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, Administrator, Environmental Protection Agency, 1200 Pennsylvania Ave., NW Washington, DC 20460 <br><br> Defendants. | Civ. No. 05-1369 (RMU) |

**DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**

Defendants United States Environmental Protection Agency and Stephen L. Johnson (collectively "EPA"), hereby respectfully move this Court for a two-week extension of time until September 23, 2005, to file a response to the Complaint in the above-captioned matter. This motion is unopposed. In support of this motion, Defendant states as follows:

1. Plaintiffs have brought an action challenging EPA's January 3, 2005, denial of Plaintiffs' petition requesting that the Agency repeal its Developmental Neurotoxicity Guidelines ("DNT Guidelines").

2. Plaintiffs served their Complaint on the United States Attorney's Office on July 11, 2005. Pursuant to Fed. R. Civ. P. 12(a)(3), EPA's answer to the Complaint is currently due on September 9, 2005.

3. Undersigned counsel for EPA will be on leave between August 31 and September 6, 2005, and additionally is committed to meeting deadlines in other federal court matters between now and September 9, 2005. Therefore, EPA requests a two-week extension of time until September 23, 2005, to respond to Plaintiffs' Complaint.

4. Counsel for Plaintiffs Daniel Kinburn has advised undersigned counsel that he does not object to an extension of two weeks for EPA to file a response to Plaintiffs' Complaint.

WHEREFORE, EPA requests an extension of time until September 23, 2005, to file a response to Plaintiffs' Complaint.

    Respectfully submitted,

    KELLY A. JOHNSON
    Acting Assistant Attorney General
    Environment & Natural Resources
        Division


    _____/s/_____
    ERIC G. HOSTETLER
    D.C. Bar # 445917
    Environmental Defense Section
    Environment & Natural Resources
        Division
    U.S. Department of Justice
    P.O. Box 23986
    Washington, D.C. 20026-3986
    (202) 305-2326

DATED: August 25, 2005