# ATTACHMENT 5 (Part 2)

dosing duration, as is suggested by the petitioners, but was providing guidance on determining the need for chemical-specific adjustments to the protocol. Further scientific discourse on this issue was provided in a workshop on Identifying Critical Windows of Exposure for Children's Health, held in Richmond, VA, September 1999, which addressed critical periods of vulnerability for the developing nervous system in humans and animal models (Rice and Barone, 2000), as one system among many discussed.

Petitioners cite an oral presentation to the SAP by an industry representative stating that developmental neurotoxicity effects cannot be distinguished from maternal toxicity effects. Petition at 8. The conclusions in this presentation have not been peer reviewed or published in a peer-reviewed journal, and thus EPA questions whether the general scientific community agrees with them. In any event, EPA thinks that the petitioners incorrectly summarize the presentation and EPA believes the logic behind this argument is only partly correct. When there is evidence of developmental neurotoxicity at a dose that also causes maternal toxicity, the petitioners argue that this confounds any interpretation or use of the evidence of developmental neurotoxicity. Quite to the contrary, evidence of adverse outcomes to the offspring in a developmental neurotoxicity study, even in the presence of maternal toxicity that is not excessive, is considered to be indicative of the potential for developmental neurotoxicity. This is consistent with Agency risk assessment guidelines (USEPA, 1991b and 1998). Indeed, the DNT study is not designed to distinguish between maternal and developmental toxicity. Should it be deemed necessary to do so, additional studies can be conducted to explore this distinction. Without follow-up studies it is not possible to determine that the maternal toxicity caused the developmental neurotoxicity. Even transient effects in the mother (e.g., body weight gain decrements resulting from under-nutrition) can lead to lasting effects in the offspring. Therefore, absent any other evidence, the Agency assumes independence of the effects. This is reasonable, given the function of the guideline as a conservative screen for DNT effects. It is also important to note that the interactions observed between the maternal and fetal/neonatal animal model are quite relevant to the estimation of risk to human mothers and the fetus or nursing child (Koren, 1990).

Petitioners cite a statement by EPA's Risk Assessment Forum that the DNT study protocol does not include pharmacokinetic assessments or other specific measures to confirm exposure to the offspring based on exposure to the mother, as an indication that the DNT protocol is inadequate. Petition at 8. Discussion of this issue in the Risk Assessment Forum review of the reference dose and reference concentration process (USEPA, 2002) was not a criticism of the DNT guideline, as implied by the Petitioner, but rather was a recommendation to conduct additional studies in support of the comprehensive developmental toxicity database. Such assessments could be conducted as independent, stand-alone studies, or could be included within a guideline DNT study.

Petitioners argue that the DNT protocol is subject to "extreme variability," Petition at 4, and that "reliance on often subjective behavioral observations, versus more objective physiological measures, has the potential to introduce major uncontrolled variability into conduct and interpretation of DNT studies." Petition at 10. EPA disagrees. First, it is important to note

that only a few of the behavioral tests in the studies cited by the petitioners were analogous to those used in the DNT. Second, the petition fails to provide a complete and scholarly review of the available peer-reviewed literature describing multi-laboratory collaborative evaluations of test methods. For example, the results of the following studies are not referenced: the CBTS study (Buelke-Sam et al., 1985), an international cross-laboratory evaluation of behavioral test methods sponsored by the International Programme on Chemical Safety (Moser et al., 1997), and the literature review at the workshop on Qualitative and Quantitative Comparability of Animal and Human Developmental Neurotoxicity (Francis et al., 1990). Second, the reliability and reproducibility of the various endpoints were described in both cross-laboratory studies (Buelke-Sam et al., 1985; Moser et al., 1997). Furthermore, a statistical measure of reliability (intra-class correlation coefficient of the chemical dose-response data across laboratories) was applied to the behavioral data in the IPCS study (Catalano et al., 1997). This analysis revealed that reliability was not influenced by the objectivity or subjectivity of the test measure. Indeed, a subjective (but well-defined) evaluation of gait abnormality had the highest reliability coefficient of all the behavioral endpoints, including those that were objectively measured. Finally, the Petitioner fails to cite peer-reviewed cross-laboratory comparisons on individual endpoints (e.g., motor activity, Crofton et al., 1991). These studies, consistent with the general scientific literature in this area, support the conclusion that in laboratories with well-trained personnel, the behavioral test methods used in the DNT are reliable and reproducible, both within and between laboratories.

Petitioners argue that neurobehavioral effects cannot be distinguished from organ toxicological effects, citing a review by Gerber and O'Shaughnessy (1986) that states that behavioral tests are not unique indicators of central nervous system function, and citing a report by the International Life Sciences Institute (ILSI) discussing behavior misinterpretations. Petition at 10-11. Although the petitioners claim that this argument illustrates a lack of relevance, in fact, it demonstrates a similarity between the laboratory animal model and humans, both of which are complex biological entities. The neurological system does not function independently of other organ systems. ILSI was consulted, not as the Petitioner claims, i.e., to "overcome some of these well-known and serious limitations," but rather to explore the current state of the science in regard to developmental neurotoxicity testing. The review paper on behavioral testing (Cory-Slechta et al., 2001) describes standard behavioral test methods and the interpretation of these data. The details of this analysis, selected examples of which were cited by the petitioners, do not address the relevance or reliability of DNT study data, but rather provide practical guidance for standardizing study conduct.

Petitioners argue that limitations in the understanding of the morphological basis of developmental neurobehavioral disorders limits the use of DNT data. Petition at 11. This argument is based on the incorrect assumption that the utility of DNT data relies on its diagnostic value. The relevance and reliability of DNT study data is based on its predictive, not its diagnostic, value. The petitioners cite technical considerations discussed by an expert panel assembled by an ILSI Risk Science Institute as limitations on the use of DNT data. Petition at 11-12. These technical considerations are not limitations on the use of DNT data, but areas for

-23-

future research to enhance the application of neuropathologic assessment for developmental neurotoxicity.

The Petitioners cite a NAS report on methyl bromide to illustrate their contention that the results of DNT studies do not have any bearing on risk assessment for infants and children. Petition at 13.  The Petitioners cite a passage from the risk characterization discussion in which the panel indicates that it was not clear to them whether a DNT study would inform the risk assessment.  One of the reasons it may have been unclear to the NAS panel as to whether data from a DNT test would provide additional value is that panel had <u>already</u> included some DNT data (brain weight, neuropathology and brain morphometric data) in their weight of evidence considerations when identifying a critical effect for developmental toxicity.  The NAS methyl bromide report is an example where data from assessments included in the DNT have had a significant influence on risk assessments for infants and children, and contradicts the assertion of the petitioners.[20]

2.    Validation

The petition notes that the ICCVAM Authorization Act, 42 U.S.C. §2851-4(c), requires that

each federal agency      shall ensure that any new or revised acute or chronic toxicity test method, including animal test methods and alternatives, is determined to be valid for its proposed use prior to requiring, recommending, or encouraging the application of such test method.

Petition at 4.

The petition then alleges that "EPA has violated both the letter and the spirit of the ICCVAM Authorization Act by requiring, recommending and encouraging companies to submit data generated through the application of the non-validated DNT."   Petition at 5.

Petitioners are incorrect both on the law and on the whether the DNT protocol has been validated.

As noted in the petition itself, 42 U.S.C. §2851-4(c) applies to "any new or revised acute or chronic toxicity test method."  The ICCVAM Authorization Act was signed into law on December 19, 2000.  The harmonized (FIFRA) DNT guideline was last revised in 1998, and even the TSCA DNT guideline, involving only minor wording changes to make it suitable for cross-referencing in a TSCA Section 4 test rule, was published in the <u>Federal Register</u> on December

---

[20]DNT data were also influential in a risk assessment of methyl bromide performed by the California EPA Department of Pesticide Regulation.  (Cal-EPA 2001)

15, 2000, prior to enactment of the ICCVAM Authorization Act. Clearly, neither guideline can be considered "new or revised."

Regardless of the application of the ICCVAM Authorization Act, however, the DNT protocol has been extensively validated, as discussed below.[21]

Standardized testing is a tool for relating toxicity to causative agents. Use of test protocols that are standardized in terms of animal breeding and handling contributes to validation by providing for reproducibility in laboratory tests. In addition, laboratory personnel are trained in animal management, test chemical administration, and measurement and observation techniques, further enhancing reproducibility and reliability.

Test method validation serves the purpose of establishing the reliability and relevance of a test method in support of regulatory use. Relevance is the extent to which the test predicts or measures the biological effect of concern. Reliability is a measure of the method's intra- and inter-laboratory reproducibility. (Notably, reliability and relevance are assessed in relation to the regulatory application of the test method.) Accordingly, in addition to the discussion above of issues raised by the petition regarding relevance and reliability, these issues are also touched upon in the following discussion of the validity of the DNT guideline.

A test is considered validated when its performance characteristics, advantages, and limitations have been determined for the regulatory purpose to which it will be applied. (ICCVAM, 1997). Recognizing the value of common approaches to evaluating the validation status of new and revised test methods, ICCVAM published a report on Validation and Regulatory Acceptance of Toxicological Test Methods in 1997 (NIH #97-3981). The ICCVAM did not view its purpose as that of establishing formal criteria for test methods or developing formal frameworks or mechanisms for validation. Rather, these recommendations are based on principles of good science and are intended to be applied with flexibility. Thus, while there is no requirement that a protocol meet each of the criteria in this guidance (see page 20 of the ICCVAM report, where the validation criteria are described as "recommended"), the criteria provide a useful framework for describing the basis for EPA's conclusion that the DNT guideline is scientifically valid.

Following is a discussion of the DNT in the context of ICCVAM's validation recommendations:

_____

[21]This refutes the petitioners' suggestion that EPA's reliance on a non-validated DNT protocol (in the petitioners' view) and data generated thereunder is inconsistent with OMB's definition for "utility" (in the context of the Data Quality Act), which states that information disseminated by an agency be useful to its intended users, including the public. See 67 FR 8452 (February 22, 2002). Because the DNT guidelines have been extensively validated, as set forth in this petition response, the guidelines and the data generated thereunder have been shown to be useful to their intended users.

1.    <u>The scientific and regulatory rationale for the test method, including a clear statement of its proposed use, should be available</u>.

Proposed use of the DNT test method:

The harmonized DNT study guideline (OPPTS 870.6300) presents a study design that is intended to develop data on the potential functional and morphological hazards to the nervous system which may arise in the offspring from exposure of the mother during pregnancy and lactation (US EPA, 1998).  It includes measurements pertaining to the developing organism that are not assessed in any other available guideline studies. These measurements are sensitive indicators of developmental insult (US EPA, 2002).

The purpose of the DNT protocol is stated in the guideline text as follows:

In the assessment and evaluation of the toxic characteristics of a chemical substance or mixture (test substance), determination of the potential for developmental neurotoxicity is important.  This study is designed to develop data on the potential functional and morphological hazards to the nervous system which may arise in the offspring from exposure of the mother during pregnancy and lactation.

OPPTS 870.6300; 40 C.F.R. § 799.9630.

Scientific/Regulatory Rationale:

Under FIFRA, EPA assesses pesticides for unreasonable adverse effects on the environment.  7 U.S.C. § 136a(c)(5). Under FFDCA, the Agency determines whether a tolerance is safe.  21 U.S.C. §  346a(b)(2).  And under TSCA section 4, EPA requires the generation of test data relevant to a whether the manufacture, distribution in commerce, processing, use, or disposal of a chemical substance or mixture, presents an unreasonable risk of injury to health or the environment.  15 U.S.C. § 2603(a)(1).  Because evidence of developmental neurotoxicity is pertinent to determinations of adverse effects, risk, and safety, there is ample regulatory rationale to require such testing in appropriate circumstances.

One of the basic principles of developmental toxicity is that exposure to a variety of physical and chemical agents during pre- and postnatal development may produce a wide spectrum of developmental deficits in neurological functioning.  In humans, developmental exposures to environmental agents such as lead, methylmercury, and polychlorinated biphenyls (PCBs) have been shown to cause a variety of neurological deficits.

Many pesticides and industrial chemicals are known to affect the nervous system and thus there are concerns regarding the potential for developmental neurotoxicity.  According

to Trasande and Landrigan (2004), 5-10% of the 4 million babies born annually in the United states are affected by neurobehavioral disorders, including learning disabilities, dyslexia, mental retardation, attention deficit disorder, and autism.  A National Academy of Sciences report (2000) states that approximately 28% of developmental defects in children may result from exposure to environmental factors acting alone or in concert with genetic susceptibility. The NAS has recommended that neurodevelopmental effects must be part of the battery of end points evaluated for environmental exposure to pesticides (1993).

EPA has also engaged in continuous, on-going scientific analysis and discourse regarding the conduct of DNT studies, the interpretation of the data from these studies, and their regulatory impact. A review of twelve developmental neurotoxicity studies evaluated by OPPTS in support of the registration and/or use of pesticides and toxic substances was presented to the SAP in 1998 (Makris et al., 1998).  This review demonstrated that the DNT protocol includes unique endpoints which are not examined in any other standard toxicity testing protocol, thereby enabling detection of neurobehavioral and neuropathological effects on offspring following exposure during sensitive periods of neurological development.

A more recent review of 19 DNT studies submitted to OPP showed that the DNT study was used to select doses and endpoints for risk assessment for several of the pesticides under consideration (Makris, 2004).  The adverse effects observed in the DNT studies for these pesticides following short-term exposures occurred at doses that were lower than those eliciting effects in other studies in the toxicological database, thereby demonstrating its potential value in risk assessment or pesticide regulatory decisions.

2.      The relationship of the test method's endpoint(s) to the biologic effect of interest must be described. Although the relationship may be mechanistic or correlative, tests with biologic relevance to the toxic process being evaluated are preferred.

The DNT protocol includes unique endpoints which are not examined in any other standard toxicity testing protocol, thereby enabling detection of neurobehavioral and neuropathological effects on offspring following exposure during sensitive periods of neurological development.  The functional, neuropathological and morphological endpoints measured (see general discussion of guideline in section II.D, above) are all measures of alterations in neurological morphology and function, as well as the ontogeny of function and the growth of the brain, and are representative of problems in neurological development and function in humans that can result from pre-natal and post-natal exposures to chemical agents.[22]

---

[22]The objective measurements refute petitioners' contention, Petition at 10, that the DNT improperly relies on subjective observations. The endpoints evaluated in the DNT are well established parameters used to evaluate the developing nervous system.

-27-

The 1989 workshop on Qualitative and Quantitative Comparability of Human and Animal Developmental Neurotoxicity specifically addressed the relationship of the biological endpoints assessed by the DNT guideline methods to the detection of adverse findings observed in humans following exposures to several known developmental neurotoxicants (i.e., drugs of abuse, methylmercury, phenytoin, lead, ethanol, polychlorinated biphenyls, and ionizing radiation). The workshop participants concluded that the DNT protocol would have identified each of the agents presented at the workshop as a potential developmental neurotoxicant (Francis et al., 1990), notwithstanding the fact that the critical effects could vary across species, as could the dose at which effects were observed.

A critical function of the DNT test protocol is the evaluation of multiple categories of primary neurological functions that are common across all mammalian species, thereby providing a comprehensive screen for disruption of neurological development. This clear mechanistically-based relationship between the endpoints assessed in the DNT study and potential human response establishes biologic relevance of the test protocol. That the specific effects observed and the dosage may vary across species does not diminish the value of the protocol in predicting the potential of a chemical for disruption of neurological development.

3.  <u>A detailed protocol for the test method must be available and should include a description of the materials needed; a description of what is measured and how it is measured; acceptable test method performance criteria (e.g., positive and negative control responses); a description of how data will be analyzed; a list of the species for which the test results are applicable; and a description of the known limitations of the test including a description of the classes of materials that the test can and cannot accurately assess.</u>

Protocol:

OPPTS has described the test method in detail in its 870.6300 guideline, Developmental neurotoxicity study, and in the derived TSCA guideline at 40 C.F.R. § 799.9630.

Description of what is measured and how it is measured:

The guideline includes a detailed description of endpoints that are measured and provides adequate guidance, either within the text of the guideline or by literature citation, regarding the methods used in endpoint assessment. A summary of the DNT test method has been provided above.

Description of the known limitations of the test including a description of the classes of materials that the test can and cannot accurately assess:

-28-

The workshop on the Qualitative and Quantitative Comparability of Human and Animal Developmental Neurotoxicity assessed the ability of the endpoints measured in the DNT guideline study to detect known human developmental neurotoxicants (Kimmel et al, 1990). As described in point #2, a broad selection of agents was selected for examination. These included several drugs of abuse (cannabis, cocaine, methadone, and phencyclidine) (Hutchings, 1990), methylmercury (Burbacher et al., 1990), the anticonvulsant phenytoin (Adams et al., 1990), lead (Davis et al., 1990), ethanol (Driscoll et al., 1990), polychlorinated biphenyls (Tilson et al., 1990), and ionizing radiation (Schull, et al., 1990). The results of this workshop addressed major representative classes of materials for which the DNT methodologies were adequate in detecting developmental neurotoxicity. Known limitations and strengths, of the test have been discussed in this and other scientific peer reviewed efforts, e.g., SAP reviews of the guideline and ILSI workshops. The workshop participants focused their analysis on several distinct topics: the comparability of measures of developmental neurotoxicity in humans and laboratory animals (Stanton and Spear, 1990), testing methods in developmental neurotoxicity for use in human risk assessment (Buelke-Sam and Mactutus, 1990), weight of evidence and quantitative evaluation of developmental neurotoxicity data (Tyl and Sette, 1990), and triggers for developmental neurotoxicity testing (Levine and Butcher, 1990). A major conclusion of the workshop, as reported by Francis et al. (1990) was that the DNT protocol would have identified each of the agents presented at the workshop as a potential developmental neurotoxicant, although the critical effects, and the dose at which the effects were observed, could vary across species. This strong correlation is attributed to the design of the DNT study, which includes a variety of neurobehavioral and neuropathological tests that evaluate neurological functions across multiple domains, i.e., sensory, motivational/arousal, cognitive, and motor. Since components of these functions are common to human as well as animal behaviors, the laboratory animal serves as an adequate surrogate in detecting potential neurotoxicity in humans.

Description of how data will be analyzed:

The agency has developed a variety of peer reviewed science policy papers that are appropriate for use in the analysis of data from the DNT study. These include the guidelines for risk assessment for developmental toxicity (USEPA, 1991), reproductive toxicity (1996), and neurotoxicity (1998). Each of these risk assessment guidelines addresses critical aspects of the standard DNT study, which includes developmental exposures, a lactation phase with reproduction endpoints and postnatal exposure to offspring, and targeted neurobehavioral and neuropathological assessments.

4.    The extent of within-test variability and the reproducibility of the test method within and among laboratories must have been demonstrated. Data must be provided describing the level of intra- and inter-laboratory reproducibility and how it varies over time. The degree to which biological variability affects this test reproducibility should be addressed.

The Collaborative Behavioral Teratology Study (CBTS; Buelke-Sam et al., 1985), a large inter-laboratory study conducted from 1978-1984, examined the intra- and inter-laboratory reliability and sensitivity of several behavioral test methods to the effects of methylmercury and amphetamine exposure using a standardized protocol in 6 different laboratories. The study showed that replicability of data among laboratories using a standardized protocol was excellent, and that both positive effects (e.g., with methylmercury exposure), and the lack of effects (e.g., after low-level amphetamine exposure) were replicable. No more than a 5-20% change from control values was required to detect an effect.

In addition, an inter-laboratory evaluation of neurobehavioral screening methodologies (used in DNT studies as well as adult neurotoxicity studies) was initiated by the International Programme on Chemical Safety (ICPS) (MacPhail et al., 1997); the results of the study were reviewed at workshop held in 1995 in Capri, Italy (Tilson et al., 1997), and were presented to the scientific community at the 1996 annual meeting of the Society of Toxicology, and published in the peer-reviewed literature (Neurotoxicology, issue 18(4), 1997). A principal focus of the study was to examine the amount of variability that was likely to occur with the test methods, and to explore the reasons that differences occurred. A total of 8 laboratories participated in the study, using 7 neurotoxic positive control chemicals (triethyl tin, acrylamide, parathion, *p,p*'-DDT, toluene, N,N'-methylene bis-acrylamide, and lead acetate) in adult male rats (Moser et al., 1997). The overall conclusion of this extensive study was that there was general "agreement across laboratories in terms of their ability to detect dose-related changes in behavioral endpoints with prototypic neurotoxic agents."

5.  <u>The test method's performance must have been demonstrated using reference chemicals or test agents representative of the types of substances to which the test method will be applied, including both known positive and known negative agents. Unless it is hazardous to do so, chemicals or test agents should be tested under code to exclude bias</u>.

Positive reference agents were examined in both the 1989 workshop on the Qualitative and Quantitative Comparability of Human and Animal Developmental Neurotoxicity (Kimmel et al., 1990) and the Collaborative Behavioral Teratology Study (Buelke-Sam et al., 1985). For the 1989 workshop, these consisted of drugs of abuse, methylmercury, phenytoin, lead, ethanol, polychlorinated biphenyls, and ionizing radiation; in the CTBS, methylmercury was used as a positive developmental neurotoxicant, while low levels of amphetamine served to demonstrate the sensitivity of the study in identifying a no-observed-adverse-effect level. To exclude bias, testing of the offspring was done without knowledge of treatment group. Additionally, negative control groups were employed throughout the animal studies, in accordance with good scientific principles. Both the workshop and the CBTS demonstrated that the DNT study design can detect developmental

neurological damage for a positive control chemical known to induce developmental neurotoxicity in humans. Exposure to negative reference chemicals showed no effect in the test.

6.  <u>Sufficient data should be provided to permit a comparison of the performance of a proposed substitute test with that of the test it is designed to replace. Performance should be evaluated in relation to existing relevant toxicity testing data and relevant toxicity information from the species of concern. Reference data from the comparable traditional test method should be available and of acceptable quality</u>.

The DNT test guideline was not designed to replace some other existing test, but rather was the first standardized test method of its kind. Its performance has been extensively evaluated in relation to reference data based on actual human data and experience.

During a workshop in 1989, entitled "Qualitative and Quantitative Comparability of Human and Animal Developmental Neurotoxicity" experts in toxicology reviewed animal and human data on seven reference chemicals or classes of chemicals that have been shown to cause developmental neurotoxicity in humans. Among the issues addressed was the comparability of measures of developmental neurotoxicity in humans and laboratory animals, including the ability of the Agency's proposed DNT test guideline to detect agents known to cause developmental neurotoxicity in humans. The conclusion of the participants was that the proposed DNT guideline would detect the developmental neurotoxic effects of each of the agents evaluated, although the specific outcomes might be different than those seen in humans (Kimmel, Rees, and Francis, 1990).

7.  <u>The limitations of the method must be described; for example, in vitro or other non-animal test methods may not replicate all of the metabolic processes relevant to chemical toxicity that occur <i>in vivo</i></u>.

A thorough evaluation of the comparability of the measures of developmental neurotoxicity in humans and laboratory animals was conducted at the 1989 Williamsburg Workshop (Stanton and Spear, 1990). Tyl and Sette (1990) reported on the Williamsburg Workshop conclusions regarding the weight of evidence and quantitative evaluation of the data. Overall, Francis et al. (1990) summarized the conclusions of the workshop, stating that the DNT protocol would have identified each of the agents presented at the workshop as a potential developmental neurotoxicant, although the critical effects, and the dose at which the effects were observed, could vary across species. The direct extrapolation of developmental neurotoxicity data to humans is limited in the same way as for other endpoints of developmental toxicity. (USEPA, 1998). However, the use of a broad range of tests to assess morphological or functional deficits in developing animals provides for accuracy of the DNT for prediction of chemicals' neurotoxic potential.

8.     <u>Ideally, all data supporting the validity of a test method should be obtained and reported in accordance with Good Laboratory Practices (GLPs). Aspects of data collection not performed according to GLPs must be fully described, along with their potential impacts.</u>

The GLP regulations for testing required under TSCA and FIFRA were established to provide scientifically-based standards for data reporting and documentation.  Thus, these criteria do not apply to some of the early efforts conducted on behalf of the validation of the DNT guideline, most notably the workshop on the Qualitative and Quantitative Comparability of Human and Animals Developmental Neurotoxicity (Kimmel et al., 1990), which was conducted as a literature review and did not require the generation of animal data in an accredited experimental laboratory.  Although it is very likely that at least some of the studies used in the analysis were conducted under GLP conditions, this information was not collected or maintained in any systematic manner.  The data  in the Collaborative Behavioral Teratology Study were conducted under GLP regulations. All data used to evaluate developmental neurotoxicity and design the DNT protocol for the guidelines have been sufficiently detailed and documented for this purpose, and have been cited by the Agency in the peer reviewed literature.  All DNT studies on pesticides and industrial chemicals submitted to EPA since 1989 to detect agents are GLP compliant.  Systematic review and analysis of these studies has been ongoing and adds to the record of performance of the DNT test design.

9.     <u>All data supporting the assessment of the validity of the test method must be available for review</u>.

The process of validation calls for the detailed examination of the data from individual tests.  In the case of the efforts conducted in support of validation of the DNT guideline prior to its finalization, e.g., the Collaborative Behavioral Teratology Study (Buelke-Sam, 1985) and the workshop on the Qualitative and Quantitative Comparability of Human and Animals Developmental Neurotoxicity (Kimmel et al., 1990), sufficiently detailed data were documented and available for review to all participants.  Various retrospective reviews of the DNT test method's performance were performed (discussed elsewhere in this response) based on fully documented study reports submitted for EPA review.  These results were fully summarized for external peer review.

a.     <u>Detailed protocols should be readily available and in the public domain</u>.

The FIFRA DNT Guideline is available at www.epa.gov/opptsfrs/OPPTS_Harmonized/870_Health_Effects_Test_Guidelines/Series/870-6300.pdf and is available from the National Technology Information Service.  The TSCA DNT Guideline is codified at 40 C.F.R. § 799.9630.

   b.   <u>The method(s) and results should be published or submitted for publication in an independent peer-reviewed publication</u>.

   The critical background literature citations for each neurobehavioral and neuropathological endpoint included in the DNT protocol are listed in the reference section at the end of the guideline.  The methods and results of both the Collaborative Behavioral Teratology Study and the workshop on Qualitative and Quantitative Comparability of Human and Animal Developmental Neurotoxicity have been published in the peer-reviewed literature.  The CBTS references include manuscripts published in the journal *Neurobehavioral Toxicology and Teratology* in 1985, including descriptions of the background and overview (Kimmel and Buelke-Sam), data entry and test systems (Adams et al.), preliminary research (Adams et al.), statistical approach (Nelson et al.), results (Buelke-Sam et al.), and implications, current applications, and future directions (Kimmel et al.).  The Williamsburg workshop references include manuscripts, published in a special edition of the journal Neurobehavioral Toxicology and Teratology in 1990, by Kimmel et al. (an introduction and overview), Stanton and Spear (work group I report), Buelke-Sam and Mactutus (work group II report), Tyl and Sette (work group III report), Levine and Butcher (work group IV report), and Francis et al. (summary and implications).   Additional structured reviews of DNT study methodological topics have also been published in the peer reviewed literature (e.g., Mileson and Ferenc, 2001; Cory-Slechta et al., 2001; Dorman et al., 2001; Garman et al., 2001; and Crofton et al., 2004).

   c.   <u>The methodology and results should have been subjected to independent scientific review</u>.

   The standardized study design, as well as specific issues and questions, were presented before a subpanel of the SAP) in October 1987 to the full SAP in September 1989 (54 FR 35387, Aug. 25, 1989). The guideline was finalized in March 1991, at which time responses to numerous Panel and public comments received on the guideline were fully addressed (US EPA, 1991).

   Since the DNT guideline was finalized in 1991, a number of additional opportunities for public review and comment on the DNT guideline have arisen as a result of consideration of related scientific issues.  This included FIFRA SAP consideration of the following topics: 1) a retrospective analysis of DNT studies submitted to OPPTS, December 1998 (63 FR 63472, Nov. 13, 1998), 2) the application of the FQPA 10X safety factor and the use of DNT testing to characterize risk to children under FIFRA and for TSCA purposes, May 1999 (64 FR 24150, May 5, 1999), and 3) the use of the DNT in implementing the FQPA, July 1999 (64 FR 37001).

   In 1987, the FIFRA SAP recommended specific "triggers" for the Agency to use for requiring DNT studies (FIFRA SAP, 1987).  They recommended that DNT testing be used

-33-

for chemicals which, when tested in adult animals, produce neuropathology, functional changes in nervous system activity, modify hormonal responses associated with nervous system development, or are closely related to known neurotoxicants.

In 1989, the SAP reviewed the draft DNT guideline and emphasized the importance of assessing developmental neurotoxicity, and provided recommendations for modifications to maternal dosing (FIFRA SAP, 1989).

On December 8, 1998, the SAP reviewed scientific issues based in a retrospective analysis of twelve developmental neurotoxicity studies. The consensus panel recommendation was that DNT studies should be used to support acute dietary risk assessments, short- and intermediate-term occupational and residential risk assessments and chronic dietary risk assessments for new and existing pesticide registrations (FIFRA SAP, 1999a). The panel recommended that a combined two-generation reproduction/DNT study be considered for neuroactive compounds. The panel further recommended that the DNT be included to support existing registrations for all neuroactive pesticides. The DNT guideline was considered acceptable and the Panel recommended that the Agency continue to improve it, based on ongoing reviews of submitted data to address sensitivity and other issues.

The Panel commended the Agency for its investment of effort to continue such reviews as additional studies are performed, but did not suggest that the 1998 protocol should be immediately revised. In addition, the panel acknowledged the Agency's willingness to allow pesticide registrants flexibility in the conduct of DNT studies concerning which morphology and other testing would be used to assess functional neurotoxic effects or to consider the use of new methods. The panel noted that such flexibility would "help ensure the best quality data of the kind most appropriate for the individual compound(s) under study and more easily allow considerations of characteristics of individual compounds which affect specific toxicity profiles specific for each compound." (FIFRA SAP, 1999b).

In a review of the use of DNT testing under FQPA (May 25-7, 1999), the panel agreed that DNT studies should be called in for food use pesticides that are known neurotoxicants and for industrial/commercial chemicals to which children might have high exposure (FIFRA SAP, 1999b). Noting that standard toxicology batteries in previous use are weak in their sensitivity to developmental neurotoxic effects, the panel identified DNT and other test areas (immunotoxicity and adult neurotoxicity) as functions known to be subject to injury in developing humans. The panel also recommended that the Agency consider certain dosing refinement options for DNT testing.

## IV.    Further Evaluation of the DNT

EPA is constantly working to improve the quality of its scientific risk assessments. This involves re-examining past decisions about data requirements and guidelines to take into account new scientific information.  Such re-examination typically involves a transparent process, affords ample opportunities for public participation and results in a written record containing full, reasoned responses to public concerns.

The kinds of issues raised in the petition are complex and deserve careful consideration     the kind of consideration that the Agency has given them in the past.  EPA will continue to address these issues as new relevant information becomes available and as the science advances.

EPA notes here several new initiatives that will provide opportunities in the future for further public participation on matters related to the DNT and refinement of relevant science.

1.    In 2005, the Agency expects to issue for public comment a proposed rule to amend 40 C.F.R. part 158, the regulation that establishes the data requirements to support registration of a pesticide product.  Although the exact content of this proposal is still under review in the federal government, EPA currently intends to solicit comment in connection with a possible requirement for developmental neurotoxicity testing for pesticides.  The public will have an opportunity to present for EPA's consideration any comments they have, including concerns about the scientific reliability, validity, and relevance of data from such a study that would pertain to whether EPA should impose a requirement for a DNT.  In addition the public will have an opportunity to comment on the conditions under which such a study should or should not be required.

2.    EPA is currently conducting a retrospective analysis of the 50 DNT studies received on pesticide active ingredients to date.  Once complete, the analysis will undergo external review, and the public will have an opportunity to provide comment on the analysis and conclusions.

In 1999, EPA issued DCI notices requiring registrants to conduct DNTs on a number of  pesticide active ingredients, primarily members of the organophosphorous and carbamate chemical classes.  EPA has received about four dozen DNT studies and is reviewing them both for their impact on the risk assessments of individual pesticides and as a group for insights into the value and design of DNT studies.  As part of its review of the full database, the Agency will be looking into any aspects of the studies which may report significant variability in certain neurobehavioral responses within and across dosed and control groups.  Such variability could lead EPA to recommend additional steps to improve consistency in measurement techniques, such as training programs or clarifications to the guidelines.  In addition, EPA will be examining the concordance between the results of DNT studies and data from other toxicity tests, e.g., development and multi-generation reproductive toxicity studies.  Such review

-35-

may suggest additional refinements in the DNT protocol , as well as its design and conduct.

Once it completes the first phase of its update of the DNT retrospective analysis, the Agency intends to seek appropriate external scientific peer review[23] and public input on its conclusions and recommendations. The plans and schedule for such further review will depend on the nature of the conclusions and recommendations.

One possible outcome of such review would be rulemaking to amend 40 C.F.R. part 158 to create or revise[24] requirements for DNT studies. Or if the DNT retrospective analysis led to suggestions for refinements in the guidelines, the Agency would follow its longstanding policy and practice of seeking review of the proposed modifications by its SAP and of inviting public comment.

3.   In addition, EPA anticipates initiating a longer term public discussion on the overall design of its toxicity data requirements for pesticides, as a result, in part, of work being performed by ILSI's Health and Environmental Sciences Institute (HESI). Under its Agricultural Chemical Safety Assessment Technical Committee, HESI has held several years of discussions on alternative toxicity testing paradigms. The consensus of this effort to date (ILSI, 2001) is that toxicological testing should move away from a rigid, screening approach and towards a more knowledge-based approach such as is currently used for pharmaceutical testing. Under the HESI paradigm, both the selection of studies that would be required, as well as the design of the tests themselves, could be influenced by other substantive and reliable information about the pesticide. Such information could include toxicity and dose-response data from other guideline or non-guideline studies, structure-activity relationships, data on the mechanism or mode of action of the chemical, pharmacokinetic data, studies that examine age-related sensitivity or susceptibility to chemical exposure, and information on potential or actual exposure to humans. The Agency anticipates that the HESI proposals may have implications for both the design of DNT studies and the circumstances in which such studies should be required. The proposed HESI approach to testing pesticides is anticipated to be published in spring 2005. Once published, the Agency would consider the HESI approach, conduct internal and external peer review, and provide opportunities for

---

[23]This would include review by the SAP, which as a FACA committee, follows procedures allowing for public comment.

[24]As stated above, EPA is currently considering the establishment of a requirement for DNT studies in an amendment to part 158. But since the Agency cannot at this time predict the outcome of such rulemaking, EPA cannot predict whether such a requirement will be in place at the time the retrospective analysis is completed.

public participation, as EPA considers whether to make changes to its data requirements or guidelines.

4.      Current DNT testing methods are expensive in terms of scientific resources, time, and animal use. The Agency has a number of ongoing projects aimed at addressing issues of efficient use of scientific resources and reducing the use of research animals.  One research goal is to develop alternative methods for developmental neurotoxicity testing which would allow for the rapid screening of large numbers of chemicals. This includes research to develop high-throughput in vitro screens, and alternative species (e.g., *C. elegans*) as true first tier screening methods. These alternative methods will not completely replace *in vivo* testing paradigms, but will serve to prioritize chemicals for further testing and focusing on those compounds most likely to be hazardous to the developing nervous system.

The Agency is partnering with a number of other government and non-profit organizations to further this research effort. The National Toxicology Program at NIEHS, the Agency, and the Johns Hopkins Center for Alternatives to Animal Testing (CAAT) are working to establish the DNT TestSmart program within CAAT. This program will bring together all the various stakeholder groups, including research scientists, government scientists, regulators, policy analysts, industry representatives, academics, and public interest groups from around the world.  The long-term goals of DNT TestSmart are to (1) identify alternative DNT models based on mechanism-based endpoints of relevance to developmental neurotoxicity; (2) develop the process for validating candidate alternative methods, both scientifically, and in terms of regulatory applications; and (3) identify opportunities for reducing, refining, or replacing the use of animals in DNT.  This will be a multi-year program that includes all of the above-identified audiences working in coordination so that, as the science is developed, its policy implications will be understood and, as policy needs are articulated, the science can respond.

5.      The National Academy of Sciences (NAS) is conducting a study, "Toxicity Testing and Assessment of Environmental Agents" (BEST-U-03-08-A), to assess and advance current approaches to toxicity testing and develop a long range vision and strategic plan for advancing the practices of toxicity testing and human health assessment for environmental contaminants.  The NAS study covers the entire breadth of toxicity testing.  In developing its vision for the future of toxicity testing, the NAS will consider evolving regulatory data needs; current toxicity testing guidelines and standards used by EPA and other federal agencies; the use of emerging science and tools (e.g., genomics, proteomics, transgenics, bioinformatics, computational toxicology, in vitro testing, and other alternatives to animal testing); and the challenges of incorporating more complex understanding of toxicity (e.g., toxicokinetics, mechanisms of action, systems biology) into human health risk assessment.

## VI.    Conclusion

EPA's FIFRA and TSCA DNT Guidelines have been thoroughly validated.  They can be used to generate useful and reliable data pertinent to the evaluation of neurodevelopmental effects of pesticides and other chemicals.[25]  The guidelines themselves do not impose obligations upon anyone, and therefore do not require notice and comment rulemaking under the APA.

For these reasons, EPA believes that it would be inappropriate to withdraw the guidelines, and therefore denies the petition.

---

[25]The DNT guidelines are valid, and the data generated thereunder are reliable and relevant to human developmental neurotoxicity.  Therefore, the DNT guidelines and data generated using the guidelines are accurate, reliable, unbiased, and useful to the intended users, and are consistent with other relevant provisions of EPA's Information Quality Guidelines.

References

Adams, J., D.M. Oglesby, H.S. Ozemek, J. Rath, C.A. Kimmel, and J. Buelke-Sam. (1985) Collaborative behavioral teratology study: Programmed data entry and automated test systems. *Neurobehavioral Toxicology and Teratology* 7:541-545.

Adams, J., J. Buelke-Sam, C.A. Kimmel, C.J. Nelson, and D.R. Miller. (1985) Collaborative behavioral teratology study: Preliminary research. *Neurobehavioral Toxicology and Teratology* 7:555-578.

Adams, J., J. Buelke-Sam, C.A. Kimmel, C.J. Nelson, L.W. Reiter, T.J. Sobotka, H.A. Tilson, and B.K. Nelson. (1985) Collaborative behavioral teratology study: Protocol design and testing procedures. *Neurobehavioral Toxicology and Teratology* 7:579-586.

Adams, J., C.V. Voorhees, and L.D. Middaugh. (1990) Developmental neurotoxicity of anticonvulsants: Humans and animal evidence on phenytoin.  *Neurotoxicology and Teratology* 12:203-214.

Buelke-Sam, J., C.A. Kimmel, J. Adams, C.J. Nelson, C.V. Vorhees, D.C. Wright, V. St. Omer, B.A. Korol, R.E. Butcher, M.A. Geyer, J.F. Holson, C.L. Kutscher, and M.J. Wayner. (1985) Collaborative behavioral teratology study: Results. *Neurobehavioral Toxicology and Teratology* 7:591-624.

Buelke-Sam, J. and C.F. Mactutus. (1990) Workshop on the qualitative and quantitative comparability of human and animal developmental neurotoxicity, Work Group II report: Testing methods in developmental neurotoxicity for use in human risk assessment. *Neurotoxicology and Teratology* 12:269-274.

Burbacher, T.M., P.M. Rodier, and B. Weiss. (1990) Methylmercury developmental neurotoxicity: A comparison of effects in humans and animals.  *Neurotoxicology and Teratology* 12:191-202.

Cal-EPA. (2001) Prioritization of Toxic Air Contaminants - Children's Environmental Health Protection Act, October, 2001, OEHHA Cal-EPA.

Catalano, P.J., McDaniel, K.L., and Moser, V.C.  (1997)  The IPCS Collaborative Study on Neurobehavioral Screening Methods: VI. Agreement and reliability of the data. *Neurotoxicology* 18:1057-1064, 1997.

Claudio, L., W.C. Kwa, A.L. Russell, and D. Wallinga. (2000) Testing methods for developmental neurotoxicity of environmental chemicals. *Toxicology and Applied Pharmacology* 164:1-14.

CLS (National Academy of Sciences, Commission on Life Sciences) (2000) *Methyl Bromide Risk Characterization in California*. National Academy Press, Washington, DC, p. 60.

Cory-Slechta, D.A., K.M. Crofton, J.A. Foran, J.F. Ross, L.P. Sheets, B. Weiss, and B. Mileson. (2001) Methods to identify and characterize developmental neurotoxicity for human health risk assessment: behavioral effects. *Environmental Health Perspectives* 109 (Suppl. 1):79-91.

Crabbe, J.C., D. Wahlensten, and B.C. Dudek. (1999) Genetics of mouse behavior: interactions with laboratory environment. *Science* 284:1670-1672.

Crofton K.M., Howard, J.L., Moser, V.C., Gill. M.W., Reiter, L.W., Tilson, H.A., MacPhail, R.C. (1991) Interlaboratory comparison of motor activity experiments: Implications for neurotoxicological assessments. *Neurotoxicology and Teratology* 13:599-609.

Crofton, K.M., J.L. Sutton, S.L. Makris, K. Raffaele, and W. F. Sette. (2001) Developmental neurotoxicity testing guidelines: variability in morphometric assessments of neuropathology, poster presentation no. 539, 40th annual meeting of the Society of Toxicology, San Francisco, CA, *The Toxicologist* 60(1):113.

Crofton, K.M,, S.L. Makris, W.F. Sette, E. Mendez, and K.C. Raffaele. (2004) A qualitative retrospective analysis of positive control data in developmental neurotoxicity studies. *Neurobehavioral Toxicology and Teratology* 26:345-352.

Davis, J.M., D.A. Otto, D.E. Weil, and L.D. Grant. (1990) The comparative developmental neurotoxicity of lead in humans and animals. *Neurotoxicology and Teratology* 12:215-230.

Driscoll, C.D., A.P. Streissguth, and E.P. Riley. (1990) Prenatal alcohol exposure: Comparability of effects in humans and animal models. *Neurotoxicology and Teratology* 12:231-238.

Dorman, D.C., S.L. Allen, J.Z. Byczkowski, L. Claudio, J.E. Fisher, Jr., J.W. Fisher, G.J Harry, A.A. Li, S.L. Makris, S. Padilla, L.G. Sultatos, and B.E. Mileson. (2001) Methods to identify and characterize developmental neurotoxicity for human health risk assessment: pharmacokinetics. *Environmental Health Perspectives* 109 (Suppl. 1):93-100.

FIFRA SAP (1987) Transmittal of the Final FIFRA Scientific Advisory Panel Subpanel Report on the October 15-16, 1987 Meeting, A Set of Scientific Issues Being Considered by the Agency Concerning Neurotoxicity Testing Under FIFRA. Memorandum from Gary J. Burin to Douglas D. Campt, dated October 16, 1987. USEPA, Office of Pesticide Programs, Washington, DC.

FIFRA SAP (1989) Transmittal of the Final FIFRA Scientific Advisory Panel Report on the September 28-29, 1989 Meeting, A Set of Scientific Issues Being Considered by the Agency in Connection with the Proposed Guidelnes for Neurotoxicity Testing Under FIFRA. Memorandum from R. Bruce Jaeger to Douglas D. Campt, dated October 16, 1989. USEPA, Office of Pesticide Programs, Washington, DC.

FIFRA SAP (1999) SAP Report No. 99-01B, January 22, 1999 - Report: FIFRA Scientific Advisory Panel Meeting, December 8, 1998, held at the Sheraton Crystal Hotel, Arlington, VA, II - A Set of Scientific Issues Being Considered by the Environmental Protection Agency Regarding: A Retrospective Analysis of Developmental Neurotoxicity Studies, USEPA, Washington, DC.

FIFRA SAP (1999) SAP Report No. 99-03A, May 25, 1999 - Report: FIFRA Scientific Advisory Panel Meeting, May 25, 1999, held at the Sheraton Crystal City Hotel, Arlington, VA, Session I - A Set of Scientific Issues Being Considered by the Environmental Protection Agency Regarding: Office of Pesticide Programs Policy for the Use of the FQPA 10x Safty Factor, USEPA, Washington, DC.

Francis, E.Z., C.A. Kimmel, and D.C. Rees. (1990) Workshop on the qualitative and quantitative comparability of human and animal developmental neurotoxicity: Summary and implications. *Neurotoxicology and Teratology (Special Issue)*, 12:285-292.

Garman, R.H., A.S. Fix, B.S. Jortner, K.F. Jensen, J.F Hardisty, L. Claudio, and S. Ferenc. (2001) Methods to identify and characterize developmental neurotoxicity for human health risk assessment: neuropathology. *Environmental Health Perspectives* 109 (Suppl. 1):93-100.

Gerber, G.J. and D.O. O'Shaughnessy (1986) Comparison of the behavioral effects of neurotoxic and systemically toxic agents: How discriminatory are behavioral tests of neurotoxicity? *Neurobehavioral Toxicolgoy and Teratology* 8:703-710.

Kimmel, C.A. and J. Buelke-Sam. (1985) Collaborative behavioral teratology study: Background and overview. *Neurobehavioral Toxicology and Teratology* 7:541-545.

Kimmel, C.A., J. Buelke-Sam, and J. Adams. (1985) Collaborative behavioral teratology study: Implications, current applications and future directions. *Neurobehavioral Toxicology and Teratology* 7:669-673.

ILSI (2001) Developing strategies for agricultural chemical safety evaluation, a report from an April 22-23, 2001 workshop. ILSI Health and Environmental Sciences Institute, ILSI Press, Washington, DC. http://hesi.ilsi.org/file/ACF3D/pdf

Kimmel, C.A., D.C. Rees, and E.Z. Francis (ed.) (1990) Qualitative and quantitative comparability of human and animal developmental neurotoxicity. *Neurotoxicology and Teratology (Special Issue)*, 12:173-292.

Koren, G. (1990) Teratogenic drugs and chemicals in humans. In: G. Koren (ed.), *Maternal-Fetal Toxicology*, Marcel Dekker, Inc., New York, pp. 15-27.

Levine, T.E. and R.E. Butcher. (1990) Workshop on the qualitative and quantitative comparability of human and animal developmental neurotoxicity, Work Group IV report: Triggers for developmental neurotoxicity testing. *Neurotoxicology and Teratology* 12:281-284.

MacPhail, R.C., Tilson, H.A., V.C. Moser, G.C. Becking, V. Cuomo, E. Frantik, B.M. Kulig, and G. Winneke. (1997) The IPCS collaborative study on neurobehavioral screening methods: I. Background and genesis. *NeuroToxicology* 18(4):925-928.

Makris, S., K. Raffaele, W. Sette, and J. Seed. (1998) A retrospective analysis of twelve developmental neurotoxicity studies submitted to the USEPA Office of Prevention, Pesticides, and Toxic Substances (OPPTS). Presentation to the FIFRA Scientific Advisory Panel, December 8-9,1998, US EPA, OPPTS, Washington, DC. http://www.epa.gov/scipoly/sap/1998/december/neuro.pdf

Makris, S.L. (2004) A retrospective analysis of developmental neurotoxicity studies submitted to the USEPA, presentation abstract no. 630, 43rd Annual meeting of the Society of Toxicology, Baltimore, MD, *The Toxicologist* 78 (S-1):130.

Mileson, B.E. and S.A. Ferenc. (2001) Methods to identify and characterize developmental neurotoxicity for human health risk assessment: an overview. *Environmental Health Perspectives* 109 (Suppl. 1):77-78.

Moser, V.C., H.A Tilson, R.C. MacPhail, G.C. Becking, V. Cuomo, E. Frantik, B.M. Kulig, and G. Winneke. (1997) The IPCS collaborative study on neurobehavioral screening methods: II. Protocol design and testing procedures. *NeuroToxicology* 18(4):929-938.

National Academy of Sciences, Committee on Developmental Toxicology. (2000) Scientific Frontiers in Developmental Toxicology and Risk Assessment, National Academy Press, Washington, DC.

National Academy of Sciences, National Research Council. (1983). Risk Assessment in the Federal Government: Managing the Process. National Academy Press, Washington, DC.

National Academy of Sciences, National Research Council. (1993) Pesticides in the Diets of Infants and Children. National Academy Press, Washington, DC.

Nelson, C.J., R.P. Felton, C.A. Kimmel, J. Buelke-Sam, and J. Adams. (1985) Collaborative behavioral teratology study: Statistical approach. *Neurobehavioral Toxicology and Teratology* 7:587-590.

NIEHS (National Institute of Environmental Health Sciences). (1997) Validation and Regulatory Acceptance of Toxicological Test Methods - A Report on the *ad hoc* Interagency Coordinating Committee on the Validation of Alternative Methods.  NIH Publication No. 97-3981, NIEHS, Research Triangle Park, NC. (http://iccvam.niehs.nih.gov/parts/iccvam.html)

Raffaele, K.C., W.F. Sette, S.L. Makris, V.C. Moser, and K.M. Crofton (2003) Motor activity in developmental neurotoxicity testing: a cross-laboratory comparison of control data, poster presentation no. 598, 42nd annual meeting of the Society of Toxicology, Salt Lake City, UT, *The Toxicologist* 72(S1):123.

Raffaele, K., M. Gilbert, K. Crofton, S. Makris, and W. Sette. (2004) Learning and memory tests in developmental neurotoxicity testing: a cross-laboratory comparison of control data, poster presentation no. 1342, 43rd Annual meeting of the Society of Toxicology, Baltimore, MD, *The Toxicologist* 78 (S-1):276.

Rice, D. and S. Barone, Jr. (2000) Critical periods of vulnerability for the developing nervous system: Evidence from humans and animal models. *Environmental Health Perspectives* 108(Suppl. 3):511-533.

Schull, W.L., S. Norton, and R.P. Jensh. (1990) Ionizing radiation and the developing brain. *Neurotoxicology and Teratology* 12:249-260.

Sette, W, K. Crofton, S. Makris, J. Doherty, and K. Raffaele. (2004) Auditory startle reflex habituation in developmental neurotoxicity testing: a cross-laboratory comparison of control data, poster presentation no. 1341, 43rd Annual meeting of the Society of Toxicology, Baltimore, MD, *The Toxicologist* 78 (S-1):275.

Stanton, M.E. and L.P. Spear. (1990) Workshop on the qualitative and quantitative comparability of human and animal developmental neurotoxicity, Work Group I report: Comparability of measures of developmental neurotoxicity in humans and laboratory animals.  *Neurotoxicology and Teratology* 12:261-268.

Tilson, H.A., J.L. Jacobson, and W.J. Rogan. (1990) Polychlorinated biphenyls and the developing nervous system: Cross-species comparisons.  *Neurotoxicology and Teratology* 12:239-248.

Tilson, H.A., R.C. MacPhail, V.C. Moser, G.C. Becking, V. Cuomo, E. Frantik, B.M. Kulig, and G. Winneke. (1997) The IPCS collaborative study on neurobehavioral screening methods: VII. Summary and conclusions. *NeuroToxicology* 18(4):1065-1070.

Trasande, L. and Landrigan, P.J. (2004) Editorial. The National Children's Study: a critical national investment. *Environmental Health Perspectives* 112 (14):A789-A790.

Tyl, R.W. and W. Sette (1990) Workshop on the qualitative and quantitative comparability of human and animal developmental neurotoxicity, Work Group III report: Weight of evidence and quantitative evaluation of developmental neurotoxicity data. *Neurotoxicology and Teratology* 12:275-280.

USEPA (1991a) Developmental Neurotoxicity Study, Series 83-6, Addendum 10 (Neurotoxicity), Subdivision F: Hazard Evaluation: Human and Domestic Animals. EPA Publication No. 540/09-91-123; NTIS Publication No. PB 91-154617. Washington, DC.

USEPA (1991b) Guidelines for developmental toxicity risk assessment. *Federal Register* 56:63798-63826 (5-Dec-98).

USEPA (1996) Reproductive toxicity risk assessment guidelines. *Federal Register* 61:56274-56322.

USEPA (1998) Guidelines for neurotoxicity risk assessment. *Federal Register* 63:26926-26954.

USEPA (2002) A Review of the Reference Dose and Reference Concentration Processes, Risk Assessment Forum, EPA/630/P-02/002F,Washington, DC.

USEPA/OPP (1998) Molinate: Report of the Hazard Identification Assessment Review Committee, HED Doc. No. 012944, Memorandum from Jess Rowland and Linda Taylor to Whang Phang, dated October 30, 1998. USEPA, Office of Pesticide Programs, Health Effects Division, Washington, DC.

USEPA/OPP (2000) Lindane: Report of the Hazard Identification Assessment Review Committee, HED Doc. No. 014263, Memorandum from Suhair Shallal to Mark Howard, dated July 27, 2000. USEPA, Office of Pesticide Programs, Health Effects Division, Washington, DC.

USEPA/OPP (2002a) Dimethoate: 2nd Report of the Hazard Identification Assessment Review Committee, TXR No. 0050600, Memorandum from Paul Chin to Jess Rowland and Elizabeth Doyle, dated March 26, 2002. USEPA, Office of Pesticide Programs, Health Effects Division, Washington, DC.

-44-

USEPA/OPP (2002b) Carbaryl - 6th Report of the Hazard Identification Assessment Review
Committee, TXR No. 0050705, Memorandum from Virginia Dobozy to Jeff Dawson, dated
May 9, 2002. USEPA, Office of Pesticide Programs, Health Effects Division, Washington,
DC.

USEPA/OPP (2003) Flufenacet - 2nd Report of the Hazard Identification Assessment Review
Committee, TXR No. 0051853, Memorandum from Kathleen Raffaele to Jess Rowland and
Elizabeth Doyle, dated April 30, 2003. USEPA, Office of Pesticide Programs, Health Effects
Division, Washington, DC.

Weiss, B., Amler, S., and Amler, R.W. (2004) The vulnerability, sensitivity, and resiliency of the
developing embryo, infant, child, and adolescent to the effects of environmental chemicals,
drugs, and physical agents as compared to the adult. Pesticides. *Pediatrics* 113(4) Part 2:
1030-1036.