THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, *et al.*, <br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency,<br><br>Defendants. | Civ. No. 05-1369 (RMU) |

**[Proposed] Order**

Upon consideration of EPA's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), it is hereby ORDERED, that EPA's Motion is granted, and Plaintiffs' Complaint is dismissed with prejudice.

_____
Hon.  Ricardo M. Urbina
United States District Judge

Dated: _____