UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, *et al.*  <br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, Administrator, Environmental Protection Agency,<br><br>Defendants. | Civil Action No. 05-1369 (RMU) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiffs, by and through counsel, hereby respectfully move this Court on behalf of all parties in the above-captioned matter seeking, for Plaintiffs, a three-week extension of time until October 25, 2005 to file an opposition to EPA's Motion to Dismiss Plaintiffs' Complaint, and for Defendants a three-week extension of time until November 15, 2005 to file a reply to Plaintiffs' opposition brief.  This motion is made with the consent of counsel for Defendants.  In support of this motion, Plaintiffs state as follows:

1. Plaintiffs have brought an action under the Administrative Procedure Act challenging EPA's January 3, 2005 denial of Plaintiffs' petition for repeal of EPA's Developmental Neurotoxicity Guidelines.

2. In response, EPA filed a Motion to Dismiss Plaintiffs' Complaint on September 23, 2005.  Pursuant to Local Civil Rule 7(b), Plaintiffs' opposition to the motion is currently due October 4, 2005, 11 days after the date of service of the motion.

3. Due to the host of complex issues and factual assertions raised in EPA's Motion to Dismiss, as well as the fact that undersigned counsel for Plaintiffs Daniel Kinburn will be on vacation until October 4, 2005, Plaintiffs request that they be given three additional weeks until October 25, 2005 to file their brief in opposition.

4. Mr. Kinburn discussed this request with Eric Hostetler, counsel for Defendants. Mr. Hostetler expressed his agreement to this extension and requested that Defendants, likewise, be granted three weeks after receipt of Plaintiffs' opposition, until November 15, 2005, within which to file their reply. Pursuant to Local Civil Rule 7(d), EPA's reply to Plaintiffs' opposition is currently due October 11, 2005, 5 days after the date of service of the opposition.

Wherefore, on behalf of all parties, Plaintiffs request an extension of time until October 25, 2005 for Plaintiffs to file their brief in opposition to EPA's Motion to Dismiss, and an extension of time until November 15, 2005 for Defendants to file their reply brief.

DATED: September 27, 2005

            Respectfully submitted,

            _____
            Daniel Kinburn
            Karen Boyd Williams
            PHYSICIANS COMMITTEE FOR
             RESPONSIBLE MEDICINE
            5100 Wisconsin Avenue, N.W.
            Washington, D.C. 20016
            Attorneys for Plaintiff
            (202) 686-2210 ext. 308
            (202) 686-2155 (fax)

            Attorneys for Plaintiff