UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE,** *et al.* </br></br> Plaintiffs, </br></br> v. </br></br> **U.S. ENVIRONMENTAL PROTECTION AGENCY** and **STEPHEN L. JOHNSON,** Administrator, Environmental Protection Agency, </br></br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 05-1369 (RMU) ) ) ) ) ) ) ) ) ) |

**(PROPOSED) ORDER**

Upon consideration of Plaintiffs' Consent Motion for Extension of Time, it is hereby ORDERED, that Plaintiffs' motion is granted, and Plaintiffs' brief in opposition to EPA's Motion to Dismiss is due October 25, 2005 and Defendants' reply brief is due November 15, 2005.

                                                                                                        _____
                                                                                                        Hon. Ricardo M. Urbina
                                                                                                        United States District Judge

DATED: _____