# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| PHYSICIANS COMMITTEE FOR | : | | |
| RESPONSIBLE MEDICINE, | : | | |
| PEOPLE FOR THE ETHICAL | : | | |
| TREATMENT OF ANIMALS, | : | | |
| TRULIE ANKERBERG-NOBIS, | : | | |
| ROBIN HUMMEL, | : | | |
| JENNIFER REILLY, | : | Civil Action No.: | 05-1369 (RMU) |
| | : | | |
| Plaintiffs, | : | Document No.: | 8 |
| | : | | |
| v. | : | | |
| | : | | |
| U.S. ENVIRONMENTAL | : | | |
| PROTECTION AGENCY and | : | | |
| STEPHEN L. JOHNSON, Administrator, | : | | |
| United States Environmental Protection | : | | |
| Agency, | : | | |
| Defendants. | : | | |

## MEMORANDUM OPINION

### GRANTING THE DEFENDANTS' MOTION TO DISMISS

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it

is this 11th day of September, 2006,

**ORDERED** that the defendants' motion to dismiss is **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge